UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RAFAEL FIGUEROA,
                             Plaintiff,

                 -against-

327 EAST 3RD STREET HOUSING
DEVELOPMENT FUND CORPORATION,
                             Defendant.
-------------------------------------------------------------X

23 Civ. 4685 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated June 6, 2023, required the parties to file a proposed case management plan and joint letter seven (7) days before the initial pretrial conference.

WHEREAS, the initial pretrial conference is currently scheduled for July 26, 2023.

WHEREAS, the parties failed to timely submit the joint letter or proposed case management plan.

WHEREAS, on July 20, 2023, Defendant filed a notice of appearance.  It is hereby

**ORDERED** that the initial pretrial conference scheduled for July 26, 2023, is adjourned to **August 2, 2023, at 4:10 P.M.**  It is further

**ORDERED** that the parties shall file the joint status letter and proposed case management plan as soon as possible and no later than **July 25, 2023**.

Dated: July 20, 2023
       New York, New York

                                                     LORNA G. SCHOFIELD
                                                   UNITED STATES DISTRICT JUDGE