UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                          :
RAFAEL FIGUEROA,                         :
                           Plaintiff,            :
              -against-                        :              23 Civ. 4685 (LGS)
                                                          :
327 EAST THIRD STREET HOUSING        :               <u>ORDER</u>
DEVELOPMENT FUND CORPORATION,     :
                                      Defendant.    :
-------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for August 16, 2023.

WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan.  It is hereby

**ORDERED** that the August 16, 2023, initial pretrial conference is **CANCELLED**.  If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated.  The case management plan and scheduling order will issue in a separate order.  The parties' attention is directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date.  It is further

**ORDERED** that if Defendant seeks to file a motion to dismiss the Complaint, they shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2.  It is further

**ORDERED**, regarding settlement discussions, if and when the parties are ready to go through mediation in the S.D.N.Y. Mediation Program, they shall file a joint letter on ECF request a referral for mediation.

The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: August 10, 2023
        New York, New York

                                                       LORNA G. SCHOFIELD
                                                       **UNITED STATES DISTRICT JUDGE**